UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

10-18-21

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

CASE NO. 3:19-cr-191-MMH-JBT

-vs-

SCOTT BALOTIN
GREG CARTER
THOMAS JONES
JOHN CLARK WALTON

## VERDICT AS TO GREG CARTER

1. **Count One**

As to Count One of the Indictment, which charges GREG CARTER with conspiracy to commit health care fraud in violation of Title 18, United States Code, Section 1349, we, the Jury, find Defendant GREG CARTER:

NOT GUILTY  X     GUILTY ____

2. **Count Eleven**

As to Count Eleven of the Indictment, which charges GREG CARTER with the payment of a health care kickback, on or about June 1, 2015, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A) and Title 18, United States Code, Section 2, we, the Jury, find Defendant GREG CARTER:

NOT GUILTY  ✗       GUILTY _____

3. **Count Fourteen**

As to Count Fourteen of the Indictment, which charges GREG CARTER with engaging in an illegal monetary transaction, on or about January 28, 2015, in violation of Title 18, United States Code, Section 1957 and Title 18, United States Code, Section 2, we, the Jury, find Defendant GREG CARTER:

NOT GUILTY __X__   GUILTY _____

SO SAY WE ALL,

__[signature]__   __10-18-2021__
FOREPERSON'S SIGNATURE   DATE

3