UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:19-cr-191-MMH-JBT

SCOTT BALOTIN, ET AL.

## NOTICE TO THE COURT REGARDING CIVIL FORFEITURE

The United States of America gives notice to the Court, pursuant to this Court's endorsed order, entered on March 20, 2023, (Doc. 702), regarding any separately filed civil forfeiture actions related to this case or any of the Defendants in the related cases.

## Civil Forfeiture Actions

On April 27, 2016, the United States filed a Civil Forfeiture Complaint against the Real Property located at 2053 Salt Myrtle Avenue, Fleming Island, Florida ("Salt Myrtle Property"), a property titled to defendant Greg Carter. Case No. 3:16-cv-509-HES-JRK. The case was stayed pending the conclusion of the criminal case. Doc. 5. Following Carter's acquittal, the United States discharged its lis pendens and voluntarily dismissed the civil forfeiture action. Docs. 12 & 13.

On September 6, 2016, the United States filed a Civil Forfeiture Complaint against the Real Property located at 3691 South Cathedral Oaks Place, Jacksonville, Florida 32217 ("Cathedral Oaks Property"), a property titled to defendant Thomas Jones. Case No. 3:16-cv-1133-BJD-PDB. The case was stayed, (Doc. 5), and remains stayed pending the conclusion of the instant criminal case.

Aside from the civil forfeiture actions against the Salt Myrtle and Cathedral Oaks properties, there are no other pending civil forfeiture actions.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-Mail: mai.tran2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/Mai Tran*
MAI TRAN
Assistant United States Attorney